Kellogg *v.* American Insurance Co.

Andrew H. Kellogg, appellant,

*v.*

The American Insurance Company, respondent.

[Argued at November Term, 1900. Filed March 4th, 1901.]

On appeal from a decree advised by Vice-Chancellor Emery, whose opinion in *Kellogg* v. *Scott* is reported in *13 Dick. Ch. Rep. 344.*

*Mr. Leon Abbett* and *Mr. Charles L. Corbin,* for the appellant.

*Mr. Henry H. Dawson* and *Mr. John O. H. Pitney,* for the respondent.

Per Curiam.

The decree appealed from is affirmed upon the opinion of Vice-Chancellor Emery, who advised it.

*For affirmance*—The Chancellor, Chief-Justice, Van Syckel, Fort, Bogert, Adams, Vredenburgh, Voorhees—8.

*For reversal*—Dixon, Collins, Garretson, Hendrickson—